COMMONWEALTH of Pennsylvania, Respondent

v.

Antoine RAY, Petitioner

No. 540 EAL 2016

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Kelli Ingram FOFANO, Respondent

v.

BEST WESTERN INTERNATIONAL, INC., Petitioner

No. 150 EAL 2017

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of May, 2017, the Petition for Allowance of Appeal and Emergency Application for Stay are **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Lester DAVIS, Petitioner

No. 26 EAL 2017

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**